David A. Barrett
Direct Dial: (202) 637-2126
david.barrett@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

May 3, 2022

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:   *Furnishare Inc. v. Travelers Property Casualty Company of America et al.*,
S.D.N.Y. Case No. 1:22-cv-02245-PAE

Dear Judge Engelmayer,

We are counsel for plaintiff Furnishare Inc. ("Plaintiff") in the above-captioned matter. On April 5, 2022, this Court issued an order setting the initial pretrial conference for May 10, 2022, and requiring the parties to submit a case management plan and scheduling order by May 5, 2022, and to submit a joint letter providing a brief description of the case, any contemplated motions, and the prospect for settlement by May 4, 2022.

With the consent of Defendant Travelers Property Casualty Company of America, we write to respectfully request that the initial pretrial conference be adjourned to June 16, 2022, or to another date in that time frame that is suitable for the Court and the parties, and for the parties' pretrial materials mentioned above to be adjourned to June 10 and June 9, 2022, respectively. Plaintiff intends to amend its Complaint to add as a defendant The Travelers Indemnity Company of Connecticut. Additionally, counsel for defendant State Farm Fire and Casualty Company has not yet appeared in this matter. The parties have conferred and agreed that the case management plan and pretrial conference should include all parties.

The parties have not previously requested any adjournments. We appreciate the Court's attention in this matter.

Respectfully submitted,

/s/ David Barrett

David Barrett

Cc:   All counsel via ECF

The initial pretrial conference is adjourned and rescheduled to June 30, 2022, at 3 p.m. The parties' pretrial materials are due June 24, 2022. SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge
5/4/2022