UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FURNISHARE, INC.,

                                    Plaintiff,

            -v-

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA et al.,

                                  Defendants.

22 Civ. 2245 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 1, 2022, the Court held a pre-motion conference and set the following briefing schedule for the parties' summary judgment motions. By November 22, 2022, plaintiff Furnishare Inc. ("Furnishare") and defendant State Farm Indemnity Company ("State Farm") shall file their opening briefs in support of summary judgment. By December 16, 2022, defendants Travelers Property Casualty Company of America and Travelers Indemnity Company of Connecticut (collectively, "Travelers") shall file an opening brief in support of summary judgment and in opposition to Furnishare and State Farm's motions. By January 13, 2023, Furnishare and State Farm shall file their opposition briefs. By January 27, 2023, Travelers shall file its reply brief.

As ordered at the conference, the parties are directed to file an updated joint stipulation of undisputed facts by November 4, 2022, based on the guidance provided at the conference and the model statements circulated by email following the conference.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 1, 2022
New York, New York